■ THE PEOPLE OF THE STATE OF NEW YORK v. LLOYD HASSELL.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILL BOWEN.— Motion to dismiss appeal from order of April 3, 1959 granted on default. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILL BOWEN.— Motion to dismiss appeal from order of December 3, 1958 granted on default. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILL BOWEN.— Motion to dismiss appeal from order of June 22, 1958 granted on default. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LAURENCE CARROLL.— Motion to dismiss appeal granted on default. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK A. CIAVARELLI.— Motion to dismiss appeal from order of June 2, 1959 granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK A. CIAVARELLI.— Motion for leave to reargue Motion No. 151 of September 8, 1959 for an enlargement of time granted only insofar as to extend the time for defendant-appellant to serve and file the record on appeal and appellant's points to and including February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEROY BURTON.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LUCIAN BOOKER.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ RUBY BRILL v. JOSEPH BRILL.— Motion granted insofar as to permit the appellant to dispense with printing the eight exhibits (medical and dental bills, income tax returns, court decisions, etc.) in the record on appeal, on condition that the appellant files the original of such exhibits with the Clerk of this court on or before the Wednesday preceding the first day of the term during which the appeal is to be argued or submitted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.